JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KATRINA EISINGER, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>BECTON DICKINSON AND COMPANY, a New Jersey corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants**.** | **CASE NO: 2:20-cv-08068-RGK-JC**<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE** [33]<br><br>*(Joint Stipulation Re: Settlement and Dismissal filed concurrently herewith)* |

1       Upon stipulation of the parties and good cause appearing, the above-noted

2  matter is dismissed with prejudice pursuant to the terms of the Joint Stipulation.   The

3  Court shall retain jurisdiction to enforce the terms of the settlement.

4

5  **IT IS SO ORDERED.**

6

7  DATED: March _____23_____, 2022

8

9                        United States District Court Judge

10                        R. Gary Klausner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28